```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 15579
   ANTONIO BRISENO
   CARMEN BRISENO                               CHAPTER 13

                                                JUDGE:  SUSAN PIERSON SONDERBY
                      Debtor
   SSN XXX-XX-3071      SSN XXX-XX-5698

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/28/2007 and was not confirmed.

      The case was dismissed without confirmation 10/11/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
HARRIS NA                 CURRENT MORTG          .00           .00           .00
MID AMERICA FEDERAL S &   CURRENT MORTG          .00           .00           .00
FRANCIS J PENDERGAST III  NOTICE ONLY      NOT FILED           .00           .00
BERWYN MRI CENTER         UNSECURED        NOT FILED           .00           .00
CHEUK W YUNG MD           UNSECURED        NOT FILED           .00           .00
IC SYSTEM                 NOTICE ONLY      NOT FILED           .00           .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00           .00
CINGULAR WIRELESS CHICAG  NOTICE ONLY      NOT FILED           .00           .00
CITY OF AURORA            UNSECURED        NOT FILED           .00           .00
RMI/MCSI                  NOTICE ONLY      NOT FILED           .00           .00
HSBC CARSON               UNSECURED        NOT FILED           .00           .00
MACNEAL EMERGENCY PHYSIC  UNSECURED        NOT FILED           .00           .00
MACNEAL EMERGENCY PHYSIC  NOTICE ONLY      NOT FILED           .00           .00
MACNEAL MEMORIAL HOSPITA  UNSECURED        NOT FILED           .00           .00
MACNEAL HOSPITAL          NOTICE ONLY      NOT FILED           .00           .00
METROPOLITAN              UNSECURED        NOT FILED           .00           .00
MERCHANTS CR              NOTICE ONLY      NOT FILED           .00           .00
ANESTHESIA                UNSECURED        NOT FILED           .00           .00
MEDICAL BUSINESS BUREAU   NOTICE ONLY            .00           .00           .00
NICOR GAS                 UNSECURED        NOT FILED           .00           .00
NICOR GAS                 UNSECURED        NOT FILED           .00           .00
ORTHOPAEDIC ASSOCIATE     UNSECURED        NOT FILED           .00           .00
ARMOR SYSTEMS CO          NOTICE ONLY      NOT FILED           .00           .00
PLASITC SURGERY ASSOC     NOTICE ONLY      NOT FILED           .00           .00
FFCC-COLUMBUS INC         NOTICE ONLY      NOT FILED           .00           .00
SEARS/CBSD                UNSECURED        NOT FILED           .00           .00
SUBURBAN SURGICAL AS      UNSECURED        NOT FILED           .00           .00
SUBURBAN SURGICAL CARE S  NOTICE ONLY      NOT FILED           .00           .00
UNIVERSITY PATHOLOGY      UNSECURED        NOT FILED           .00           .00
UNIVERSITY PATHOLOGISTS   NOTICE ONLY      NOT FILED           .00           .00
WFNNB/HARLEM FURNITURE    UNSECURED        NOT FILED           .00           .00
WORLD FINANCIAL NETWORK   SECURED NOT I      3403.11           .00           .00
WEBSTER & SCHELLI PC      DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 15579 ANTONIO BRISENO & CARMEN BRISENO
```

```
        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                        .00                     .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 15579 ANTONIO BRISENO & CARMEN BRISENO